IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARRELL EUGENE FARLEY,<br>    Plaintiff, | Civil Action No. 7:14-cv-00270 |
| v. | **FINAL ORDER** |
| SGT. STOOTS, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Plaintiff's motion for an extension of time (ECF No. 179) is **GRANTED** to the extent docket entry 193 is considered in opposition to Defendants' dispositive motions; Defendants' motions for summary judgment are **GRANTED**; Plaintiff's motions for summary judgment are **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 2nd day of November [~~October~~], 2015.

/s/ Jackson L. Kiser
Senior United States District Judge